# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| Kilts Resources, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | Civil Action No. 2:11-cv-00092 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| Pall Corporation | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

In consideration of Plaintiff Kilts Resources, LLC's Notice of Voluntary Dismissal before service of an answer or other responsive pleading by Defendant Pall Corporation, the Court hereby dismisses all claims against Defendant Pall Corporation without prejudice, with each party to bear its own fees and costs.

**SIGNED this 30th day of September, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE